**IN THE UNITED STATES DISTRICT**
**COURT FOR THE NORTHERN DISTRICT**
**OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| XUEYAN CHEN<br>               Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>         Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the**<br>**Honorable Beth W. Jantz** |

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant

_____shuluo-usa_____ (Defendant No. __32__ ) with __Amazon_____ seller ID no.

__AU2US6OWB93P0__, identified in Schedule A of the Complaint, and Plaintiff have reached

Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to

bear its own fees, costs, and expenses.

Dated __23 April 2025_____

               Respectfully Submitted:

               Robert M. DeWitty
               DeWitty and Associates
               Attorney, Plaintiff
               Email <u>rmdewitty@dewittyip.com</u>
                   admin@dewittyip.com
               Tele: 202-571-7070
               Fax: 202-513-8071

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on _____23 April 2025_____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty