**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| XUEYAN CHEN | Case No. 1:24-cv-13140 |
|         Plaintiff, | |
| | **Honorable Jorge L. Alonso** |
| v. | |
| | **Magistrate Judge the** |
| PARTNERSHIPS AND | **Honorable Beth W. Jantz** |
| UNINCORPORATED ASSOCIATIONS | |
| IDENTIFIED ON SCHEDULE "A", | |
| | |
|         Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant
_____FaceRain_____ (Defendant No. _69_ ) with ___Amazon___ seller ID no.
_A1CFV3RTNE9SEU_ , identified in Schedule A of the Complaint, and Plaintiff have reached
Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to
bear its own fees, costs, and expenses.

Dated _24 April 2025_____

Respectfully Submitted:

Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
    admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on _____24 April 2025_____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty