IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XUEYAN CHEN<br>       Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the<br>Honorable Beth W. Jantz** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby informs this Court that following Defendants, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement:

1. SANMENWLKJ Defendant No. 15 with Amazon seller ID A20HOA9WCEOBN1
2. CIPANZAOSTORE (慈潘藻贸易 有限公司 - `baodingshicipanzaomaoyiyouxiangongsi`) Defendant No.28 with Amazon seller ID A2B95ERY3OT2RV
3. TENGADEDIANZISHANGWUYOUXIANGONGSI Defendant No.58 with Amazon seller ID AKAVX2OR2752R

Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 06 May 2025                                          Respectfully Submitted:

                                                                                      Robert M. DeWitty
                                                                                      DeWitty and Associates
                                                                                      Attorney, Plaintiff
                                                                                      Email rmdewitty@dewittyip.com
                                                                                                  admin@dewittyip.com
                                                                                      Tele: 202-571-7070
                                                                                      Fax: 202-513-8071

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on 06 May 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty