IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XUEYAN CHEN<br>    Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the Honorable Beth W. Jantz** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby informs this Court that following Defendants, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement:

1. GZRHSM (SHUZAN) Defendant No. 51 with Amazon seller ID A2AFBHMSEE3CS3
2. WZPUS (WEIZAIPING) Defendant No.63 with Amazon seller ID A25PR3DO5NP91H
3. YLQ.STORE (MAYUDP) Defendant No.89 with Amazon seller ID A1ZB3HCMC36BNQ

Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 06 May 2025                                           Respectfully Submitted:

                                                            Robert M. DeWitty
                                                            DeWitty and Associates
                                                            Attorney, Plaintiff
                                                            Email rmdewitty@dewittyip.com
                                                                       admin@dewittyip.com
                                                            Tele: 202-571-7070
                                                            Fax: 202-513-8071

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on 06 May 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty