**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

XUEYAN CHEN
Plaintiff,

v.

PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 1:24-cv-13140

**Honorable Jorge L. Alonso**

**Magistrate Judge the Honorable Beth W. Jantz**

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby informs this Court that following Defendants, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement:

1. QFMHZP Defendant No. 23 with Amazon seller ID A34YEYARRDIIZN
2. yiqimaijiaju Defendant No.24 with Amazon seller ID A23PS8F35746A
3. ChaoYao Defendant No.25 with Amazon seller ID A2FKSVQM4M39K6
4. shuangYuw Defendant No. 26 with Amazon seller ID A1RSBKTOXS714S
5. chuanhuijinriyongpin Defendant No.27 with Amazon seller ID AS7WHF5UP28MW
6. JLnase3 Defendant No. 28 with Amazon seller ID A16KD48A2FJHNT
7. YjingsLOksi Defendant No.61 with Amazon seller ID ABX1FJ7QKLHIW
8. BQlei Defendant No.68 with Amazon seller ID AMW9IUC0W4GY3
9. sihanHie5 Defendant No. 71 with Amazon seller ID A3VJV8UZY3M5DR
10. QDnanh Defendant No.74 with Amazon seller ID A2XPA3S0XJO1BB
11. MHhaeb Defendant No.76 with Amazon seller ID A30EERJ5PD082I
12. Sterose Defendant No.113 with Amazon seller ID AA7PHX63LVPZM

Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 19 May 2025

Respectfully Submitted:

Robert M. DeWitty

DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on 19 May 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty