# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XUEYAN CHEN<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the Honorable Beth W. Jantz** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant <u>　Finder Treasure　</u> (Defendant No. <u>　42　</u>) with <u>　Amazon　</u> seller ID no. <u>A1A801J7WBRVCZ</u>, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated <u>21 May 2025</u>　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert M. DeWitty
　　　　　　　　　　　　　　　　　　　　　　　　DeWitty and Associates
　　　　　　　	　　　　　　　　　　　　　　　　Attorney, Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　Email rmdewitty@dewittyip.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　admin@dewittyip.com
　　　　　　　　　　　　　　　　　　　　　　　　Tele: 202-571-7070
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on ____21 May 2025____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty