IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| XUEYAN CHEN<br>　　　　Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the**<br>**Honorable Beth W. Jantz** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant __FishOne__ (Defendant No. __49__) with __Amazon__ seller ID no. __A4UNAJ6UT47RJ__, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated __21 May 2025__　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Robert M. DeWitty_
　　　　　　　　　　　　　　　　　　　　　　　Robert M. DeWitty
　　　　　　　　　　　　　　　　　　　　　　　DeWitty and Associates
　　　　　　　　　　　　　　　　　　　　　　　Attorney, Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Email rmdewitty@dewittyip.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　admin@dewittyip.com
　　　　　　　　　　　　　　　　　　　　　　　Tele: 202-571-7070
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-513-8071

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on ___21 May 2025___ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

_____
Robert M. DeWitty