**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| XUEYAN CHEN<br>            Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>            Defendants. | Case No. 1:24-cv-13140<br><br>**Honorable Jorge L. Alonso**<br><br>**Magistrate Judge the<br>Honorable Beth W. Jantz** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant _____Zengup_____ (Defendant No. __59__ ) with _____Amazon_____ seller ID no. A2YKAX797WW8WE, identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated _21 May 2025_____

Respectfully Submitted:

_____
Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
        admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on _____21 May 2025_____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty