IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

XUEYUAN CHEN,
    Plaintiff

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,
    Defendants.

CA: 24-cv-13140

Honorable Jorge L. Alonso

Magistrate Judge Beth W. Jantz

**JOINT STATUS REPORT**

In accordance with the Court's instructions, the parties do hereby submit this Joint Status Report. As shown below, the following remaining defendants are pending in the current case, along with their representatives (if any):

Represented by Hua Chen, Esq.

ATFirst, baiyueyue, Coloday, dadamai, dongxianing, Fauppt, HILOST, HISKI US, Hoaime, Kruggo US, mandala8, OFY US Direct, Poouty, Pugcry, SICOSPI, Swupod, WARSPOT, Wegodal, XieJY, Yaous shop, YAWOTA, and Zitour

As shown on the PACER docket, in response to the Plaintiff's complaint (Dkt. No. 1), an Answer was filed by Counsel Hua Chen, Esq, on behalf of defendants Yaous et al. (Dkt. No. 84). Based upon the Joint Report Status (Dkt. No. 115), the instant case was referred to the magistrate judge for settlement purposes (Dkt. No. 116). Whereas plaintiff's counsel reached out to defendants'

counsel Hua Chen to set dates for a settlement conference, counsel did not confirm or provide alternative dates (Ex. A).  Counsel Hua Chen was further not present on the tele-conference held 10 September.

 DATED:  September 17, 2025

/Robert M. DeWitty/
Robert M. DeWitty
D&A|R.M. DeWitty, U.S. Pat. Atty., LLC

1500 K Street, 2nd Fl., RM213
Washington DC 20005

141 W. Jackson Blvd., Ste. 4216
Chicago, Il. 60604
Tel: 202-571-7070 / 202 888-4309
Email: rmdewitty@dewittyip.com

/Hua Chen/
Hua Chen, Esq.
ScienBiziP, P.C.
HuaChen@ScienBiziPPC.com
550 S. Hope Street, Suite 2825
Los Angeless, CA 90071
213.426.1778 (direct) | 213.426.1788 (fax)