

Robert DeWitty &lt;rmdewitty@dewittyip.com&gt;

## Requiring Dates for Settlement Conference
7 messages

**Robert DeWitty** &lt;rmdewitty@dewittyip.com&gt;      Wed, Sep 3, 2025 at 5:46 PM
To: HuaChen SBPA &lt;huachen@scienbizippc.com&gt;
Cc: ShrutiAggarwal SBPA &lt;shrutiaggarwal@scienbizippc.com&gt;, RosaYan SBPA &lt;RosaYan@scienbizippc.com&gt;, Caryn Harlos &lt;charlos@dewittyip.com&gt;

Hello-

We are required to proposed several days for our settlement conference today. Please see Dkt. No. 116.

Robert M. DeWitty.

On Fri, Aug 22, 2025 at 3:55 PM HuaChen SBPA &lt;huachen@scienbizippc.com&gt; wrote:
> Here you go; my signature applied to the file.
>
> - Hua
>
> Hua Chen, Esq.
> HuaChen@ScienBiziPPC.com
>
> ScienBiziP, P.C.
>
> 550 S Hope Street, Suite 2825 | Los Angeles, CA 90071
> 213.426.1778 (direct) | 213.426.1788 (fax)

**From:** Robert DeWitty &lt;rmdewitty@dewittyip.com&gt;
**Sent:** Friday, August 22, 2025 12:20 PM
**To:** HuaChen SBPA &lt;huachen@scienbizippc.com&gt;
**Cc:** ShrutiAggarwal SBPA &lt;shrutiaggarwal@scienbizippc.com&gt;; RosaYan SBPA &lt;RosaYan@scienbizippc.com&gt;; Caryn Harlos &lt;charlos@dewittyip.com&gt;
**Subject:** Re: Joint Status Report due

Hello-

Find attached the Joint Status Report. If suitable, please affix your signature and we will file.

Yours,

Robert M. D.

On Fri, Aug 22, 2025 at 12:57 PM Robert DeWitty &lt;rmdewitty@dewittyip.com&gt; wrote:
> Thank you. We would appreciate a counteroffer, as we submitted a first offer.
>
> I will check to see if previous was, or was not, submitted. A Joint Status Report will be provided shortly.
>
> R. DeWitty.



Robert DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty.,
1500 K Street, 2nd Floor
Washington, D.C.
t- 202 571 7070 (office)
t- 202 888 4309 (direct)
e- rmdewitty@dewittyip.com

On Fri, Aug 22, 2025, 12:34 PM HuaChen SBPA <huachen@scienbizippc.com> wrote:
> Mr. DeWitty,
>
> Sorry to have missed your email from yesterday as we had a deposition yesterday. At any rate, we look forward to receiving a draft report and will provide our feedback today for filing.
>
> Our clients did not respond favorably to your original offer. If your client can lower your demand, and provide an aggregate settlement offer, I will pass them to the clients for their consideration and return with a counter.
>
> We are hopeful a settlement conference can facilitate settlement. Meanwhile, if my memory serves, we are still waiting for Plaintiff to provide its Evidence of Infringement against all the Defendant stores that our office represents. Please provide the requested EOI so that Defendants can properly prepare for settling the case - whether in private, or through the Court mediated settlement conference.
>
> best regards,
>
> - Hua
>
> Hua Chen, Esq.
> HuaChen@ScienBiziPPC.com
>
> ScienBiziP, P.C.
>
> 550 S Hope Street, Suite 2825 | Los Angeles, CA 90071
> 213.426.1778 (direct) | 213.426.1788 (fax)
>
> **From:** Robert DeWitty <rmdewitty@dewittyip.com>
> **Sent:** Friday, August 22, 2025 8:40 AM
> **To:** HuaChen SBPA <huachen@scienbizippc.com>
> **Subject:** Re: Joint Status Report due
>
> Mr. Chen-
>
> This is my second email to you regarding the Joint Status Report. If I don't here from you by 4p CST today, I will have to prepare and file the report and note your lack of participation.

Robert M. D.

On Thu, Aug 21, 2025 at 3:56 PM Robert DeWitty <rmdewitty@dewittyip.com> wrote:
> Mr. Chen-
>
> A Joint Status Report was due today at noon CST. Due to travel, I was unable to contact you in this regard. I suggest we draft a Report and deliver tomorrow.
>
> The Settlement Conference is to be held next week.
>
> Have your clients given any more thought to settlement?
>
> Robert M. D.
>
> --
>
> 
>
> Robert DEWITTY
> D&A|RM DeWitty, U.S. Pat. Atty.,
> 1500 K Street, 2nd Floor
> Washington, D.C.
> t- 202 571 7070 (office)
> t- 202 888 4309 (direct)
> e- rmdewitty@dewittyip.com

--



Robert DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty.,
1500 K Street, 2nd Floor
Washington, D.C.
t- 202 571 7070 (office)
t- 202 888 4309 (direct)
e- rmdewitty@dewittyip.com

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the

information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.

--



Robert DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty.,
1500 K Street, 2nd Floor
Washington, D.C.
t- 202 571 7070 (office)
t- 202 888 4309 (direct)
e- rmdewitty@dewittyip.com
This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.

--



Robert DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty.,
1500 K Street, 2nd Floor
Washington, D.C.
t- 202 571 7070 (office)
t- 202 888 4309 (direct)
e- rmdewitty@dewittyip.com

---

**HuaChen SBPA** <huachen@scienbizippc.com>  Wed, Sep 3, 2025 at 6:11 PM
To: Robert DeWitty <rmdewitty@dewittyip.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

can you propose dates?  We will need to check with the client, unfortunately we will not be able to confirm dates till this evening due to the time zone difference.   thanks.

-Hua

**From:** Robert DeWitty <rmdewitty@dewittyip.com>
**Sent:** Wednesday, September 3, 2025 2:46 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>
**Cc:** ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>; RosaYan SBPA <RosaYan@scienbizippc.com>; Caryn Harlos <charlos@dewittyip.com>
**Subject:** Requiring Dates for Settlement Conference

[Quoted text hidden]

---

**Robert DeWitty** <rmdewitty@dewittyip.com>  Wed, Sep 3, 2025 at 6:14 PM
To: HuaChen SBPA <huachen@scienbizippc.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

Hello-

I suggest from September 23 - 26 (Wed, Thursday, or Friday), from 2p to 4p.

[Quoted text hidden]

---

**HuaChen SBPA** <huachen@scienbizippc.com>  Wed, Sep 3, 2025 at 6:16 PM
To: Robert DeWitty <rmdewitty@dewittyip.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

Would you mind circulating a proposed filing with these proposed dates, so that we are ready to go as soon as we confirm availability with the clients?

- Hua

**From:** Robert DeWitty <rmdewitty@dewittyip.com>
**Sent:** Wednesday, September 3, 2025 3:14 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>
**Cc:** ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>; RosaYan SBPA <RosaYan@scienbizippc.com>; Caryn Harlos <charlos@dewittyip.com>
**Subject:** Re: Requiring Dates for Settlement Conference

[Quoted text hidden]

---

**Robert DeWitty** <rmdewitty@dewittyip.com>  Wed, Sep 3, 2025 at 6:26 PM
To: HuaChen SBPA <huachen@scienbizippc.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

We don't need to have a filing. We just need to email the Magistrate Judge with our preferred dates.

[Quoted text hidden]

---

**HuaChen SBPA** <huachen@scienbizippc.com>  Wed, Sep 3, 2025 at 6:34 PM
To: Robert DeWitty <rmdewitty@dewittyip.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

Noted. Thank you.

**From:** Robert DeWitty <rmdewitty@dewittyip.com>
**Sent:** Wednesday, September 3, 2025 3:26 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Robert DeWitty** <rmdewitty@dewittyip.com>  Mon, Sep 8, 2025 at 1:15 PM
To: HuaChen SBPA <huachen@scienbizippc.com>
Cc: ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>, RosaYan SBPA <RosaYan@scienbizippc.com>, Caryn Harlos <charlos@dewittyip.com>

Hello-

We were supposed to receive dates from you last week. What about the dates? I need to send a note to the Judge today.

Robert M. DeWitty

[Quoted text hidden]